**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>TOPS HOLDING CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-22279 (RDD)<br><br>(Jointly Administered) |
| ALAN D. HALPERIN, AS THE LITIGATION TRUSTEE FOR THE TOPS HOLDING LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY INVESTMENT MANAGEMENT INC., *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-08950 (RDD) |

**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO ANSWER OR MOVE TO DISMISS**

Plaintiff Alan D. Halperin, as the Litigation Trustee for the Tops Holding Litigation Trust ("Plaintiff") and Defendants Morgan Stanley Investment Management, Inc., Morgan Stanley Capital Partners V U.S. Holdco LLC, HSBC Equity Partners USA, LP, HSBC Private Equity Partners II USA LP, Turbic Inc., Begain Company Limited, Gary Matthews, Eric Kanter, Eric Fry, Greg Josefowicz, and Stacey Rauch ("Defendants") in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through their respective undersigned counsel, and subject to the Court's approval, stipulate as follows:

WHEREAS, on February 12, 2020, Plaintiff commenced the Adversary Proceeding by filing the complaint (the "Complaint") in the United States Bankruptcy Court for the Southern

District of New York;

WHEREAS, on March 12, 2020 the Court so-ordered a Stipulation and Order to Extend Time to Answer or Move to Dismiss (ECF Doc. No. 17), extending the deadline to file motions to dismiss or answers to the Complaint to May 14, 2020.  As of March 12, Begain Company Limited had not yet appeared in the action and was not a party to the March 12 Stipulation and Order;

WHEREAS, on May 4, 2020, counsel for Begain Company Limited filed a Notice of Appearance of Counsel in the Adversary Proceeding (ECF Doc. No. 21);

WHEREAS, to facilitate Defendants' ability to coordinate together in responding to the Complaint and to coordinate schedules among all Defendants, Defendants requested a short extension of time to prepare their responses to the Complaint, and Plaintiff consented;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. Defendants shall have up to and including Thursday, May 29, 2020 to move against, answer, or otherwise respond to the Complaint;

2. Plaintiff's deadline to file responses to Defendants' motions to dismiss, if any, shall be July 17, 2020;

3. Defendants' deadline to file replies to Plaintiff's responses to Defendants' motions to dismiss, if any, shall be August 14, 2020.

**IT IS SO STIPULATED.**

Dated:  May 8, 2020

| By: */s/ Kyle A. Lonergan* | By: */s/ Pamela A. Miller* |
|---|---|
| Kyle A. Lonergan | Pamela A. Miller |
| James H. Smith | Peter Friedman |
| MCKOOL SMITH, PC | Daniel S. Shamah |
| One Manhattan West, 50th Floor | Patrick D. McKegney |

2

<div style="column">

395 9th Avenue
New York, NY 10001
Tel: (212) 402-9400
Email: Klonergan@mckoolsmith.com
      jsmith@mckoolsmith.com

*Attorneys for Plaintiff Alan D. Halperin, as Litigation Trustee for the Tops Holding Litigation Trust*

</div>

<div style="column">

O'MELVENY & MYERS LLP
7 Times Square
Times Square Tower
New York, NY 10036
Tel: (212) 326-2000
Email: pmiller@omm.com
      pfriedman@omm.com
      dshamah@omm.com
      pmckegney@omm.com

*Attorneys for Defendants Morgan Stanley Investment Management, Inc., Morgan Stanley Capital Partners V U.S. Holdco LLC, Gary Matthews, Eric Kanter, and Eric Fry*

By: */s/ David Massey*
David Massey
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, NY 10281-1003
Tel: (212) 530-1809
Email: dmassey@rkollp.com

*Attorneys for Defendants Greg Josefowicz and Stacey Rauch*

By: */s/ Steven R. Campbell*
Steven R. Campbell
Jonathan T. Edwards
ALSTON & BIRD
90 Park Avenue, 15th Floor
New York, NY 10016
Tel: (212) 210-9429
Email: steven.campbell@alston.com
      jonathan.edwards@alston.com

*Attorneys for Defendant Turbic Inc.*

</div>

3

By: */s/ Daniel A. Lowenthal*
Daniel A. Lowenthal
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the America
New York, NY 10036-6710
Tel: (212) 336-2000
Email: dalowenthal@pbwt.com

*Attorneys for Begain Company Limited*

By: */s/ Louis Smith*
Louis Smith
Alan J. Brody
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Phone: (973) 360-7900
Email: smithlo@gtlaw.com
brodya@gtlaw.com

*Attorneys for Defendants HSBC Equity Partners USA, LP and HSBC Private Equity Partners II USA LP*

So Ordered:

*/s/ Robert D. Drain*

Hon. Robert D. Drain
United States Bankruptcy Judge

Dated: May 11, 2020
White Plains, New York

4