Pamela A. Miller
Peter Friedman (admitted *pro hac vice*)
Daniel S. Shamah
Patrick D. McKegney
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
Email: pmiller@omm.com
       pfriedman@omm.com
       dshamah@omm.com
       pmckegney@omm.com

**Objection Deadline: July 17, 2020**

*Attorney for Defendants Morgan Stanley Investment
Management, Inc., Morgan Stanley Capital Partners
V U.S. Holdco LLC, Gary Matthews, Eric Kanter and
Eric Fry*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TOPS HOLDING II CORPORATION, *et al*.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 18-22279 (RDD)<br>(Jointly Administered) |
| ALAN D. HALPERIN, AS THE LITIGATION TRUSTEE FOR THE TOPS HOLDING LITIGATION TRUST,<br><br>        Plaintiff,<br><br>        v.<br><br>MORGAN STANLEY INVESTMENT MANAGEMENT, INC., *et al*.,<br><br>        Defendants. | Adv. Proc. No. 20-08950 |

## <u>NOTICE OF DEFENDANTS' MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, the Declaration of Daniel S. Shamah in Support of Defendants' Motion to Dismiss, and accompanying exhibits, Defendants, by their undersigned counsel, hereby move before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, at such time that the parties agree and the Court approves, for an order dismissing the Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7012(b).

Dated:   May 29, 2020                     Respectfully Submitted,
         New York, New York


                                          /s/ Pamela A. Miller
                                          Pamela A. Miller
                                          Peter Friedman (admitted *pro hac vice*)
                                          Daniel S. Shamah
                                          Patrick D. McKegney
                                          O'MELVENY & MYERS LLP
                                          Seven Times Square
                                          New York, NY 10036
                                          Telephone:  (212) 326-2000
                                          Facsimile:  (212) 326-2061
                                          Email: pmiller@omm.com
                                                 pfriedman@omm.com
                                                 dshamah@omm.com
                                                 pmckegney@omm.com

                                          *Attorneys for Defendants Morgan Stanley*
                                          *Investment Management, Inc., Morgan*
                                          *Stanley Capital Partners V U.S. Holdco LLC,*
                                          *Gary Matthews, Eric Kanter and Eric Fry*