**GREENBERG TRAURIG, LLP**
Louis Smith, Esq.
Alan J. Brody, Esq.
Matthew F. Bruno, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: (973) 360-7900
Fax: (973) 301-8410
*Attorneys for Defendants HSBC Equity Partners*
*USA, L.P. and HSBC Private Equity Partners II USA LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE<br>TOPS HOLDING II CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 18-22279 (RDD)<br>(Jointly Administered) |
| ALAN D. HALPERIN, AS THE LITIGATION TRUSTEE FOR THE TOPS HOLDING LITIGATION TRUST,<br><br>Plaintiff,<br>-against-<br><br>MORGAN STANLEY INVESTMENT MANAGEMENT INC.; MORGAN STANLEY CAPITAL PARTNERS V U.S. HOLDCO LLC a/k/a NORTH HAVEN CAPITAL PARTNERS V U.S. HOLDCO LLC; HSBC EQUITY PARTNERS USA, L.P.; HSBC PRIVATE EQUITY PARTNERS II USA LP; TURBIC INC; BEGAIN COMPANY LIMITED; GARY MATTHEWS; ERIC KANTER; ERIC FRY; GREG JOSEFOWICZ; AND STACEY RAUCH,<br><br>Defendants. | Adversary Proceeding<br>Case No. 20-08950 (RDD) |

**NOTICE OF DEFENDANTS HSBC EQUITY PARTNERS USA, L.P. AND HSBC**
<u>**PRIVATE EQUITY PARTNERS II USA LP'S MOTION TO DISMISS**</u>

**PLEASE TAKE NOTICE** that, Defendants HSBC Equity Partners USA, L.P. and HSBC Private Equity Partners II USA LP (collectively, "HSBC") will move, by and through their counsel, Greenberg Traurig, LLP, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street White Plains, NY 10601 (the "Bankruptcy Court"), at such time that the parties agree and the Court approves, for entry of an Order pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) for dismissal of the Complaint as against HSBC (Counts I-VIII) with prejudice (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, HSBC has filed a Memorandum of Law and Proposed Order contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that, in further support of the Motion, and as indicated in HSBC's Memorandum of Law, HSBC also relies on the papers filed by Morgan Stanley Investment Management Inc., Morgan Stanley Capital Partners V U.S. Holdco LLC, Gary Matthews, Eric Kanter, and Eric Fry (collectively, "Morgan Stanley") in support of Morgan Stanley's Motion to Dismiss filed on today's date. ECF Nos. 29-31.

**PLEASE TAKE FURTHER NOTICE** that, responses or objections, if any, to the relief provided in the Proposed Order must be filed and served upon the undersigned so as to be actually received no later than **July 17, 2020** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in the event no responses or objections are received by the Response Deadline, the Motion shall be deemed uncontested and the relief sought may be granted in the Court's discretion.

Dated: May 29, 2020
Florham Park, New Jersey

        GREENBERG TRAURIG, LLP

        /s/ Louis Smith
        LOUIS SMITH
        ALAN J. BRODY
        MATTHEW F. BRUNO
        500 Campus Drive, Suite 400
        Florham Park, New Jersey 07932
        Phone: (973) 360-7900
        Email: smithlo@gtlaw.com
               brodya@gtlaw.com
               brunoma@gtlaw.com
        *Attorneys for Defendants HSBC Equity Partners*
        *USA, L.P. and HSBC Private Equity Partners II*
        *USA LP*