UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>TOPS HOLDING II CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-22279 (SHL)<br><br>(Jointly Administered) |
| ALAN D. HALPERIN, AS THE LITIGATION TRUSTEE FOR THE TOPS HOLDING LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY INVESTMENT MANAGEMENT INC.; MORGAN STANLEY CAPITAL PARTNERS V U.S. HOLDCO LLC a/k/a NORTH HAVEN CAPITAL PARTNERS V U.S. HOLDCO LLC; HSBC EQUITY PARTNERS USA, L.P.; HSBC PRIVATE EQUITY PARTNERS II USA LP; TURBIC INC; GARY MATTHEWS; ERIC KANTER; ERIC FRY; GREG JOSEFOWICZ; AND STACEY RAUCH,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 20-08950 (DSJ) |

**STIPULATION AND SCHEDULING ORDER**

WHEREAS Defendants Morgan Stanley Investment Management, Inc., Morgan Stanley Capital Partners V U.S. Holdco LLC, HSBC Equity Partners USA, LP, HSBC Private Equity Partners II USA LP, Turbic Inc., Gary Matthews, Eric Kanter, Eric Fry, Greg Josefowicz, and Stacey Rauch (collectively "Defendants"), and Plaintiff Alan D. Halperin, as the Litigation Trustee for the Tops Holding Litigation Trust ("Plaintiff," together with Defendants, the

1

"Parties") proposed alternative schedules for the parties' summary judgment and related expert exclusion pre-motion conference letter submissions ("Pre-Motion Letters"), ECF Nos. 191, 193;

WHEREAS, on July 31, 2024, the Court ordered a conference for August 6, 2024 to discuss the proposed alternative schedules, ECF No. 192;

WHEREAS, at the August 6, 2024 conference, the Court ordered the schedule set forth below for the submissions and ordered the Parties to meet and confer on the date for the pre-motion conference;

IT IS HEREBY STIPULATED and AGREED, that:

1. Opening Pre-Motion Letters, if any, shall be filed on August 27, 2024.

2. Responsive Pre-Motion Letters, if any, shall be filed on September 13, 2024.

3. A pre-motion conference is set for September 24, 2024 at 2 pm at One Bowling Green, Courtroom 701, New York, NY 10004-1408.

4. A joint letter by the Parties addressing whether (i) Defendants contest Plaintiff's right to a jury trial and (ii) if Plaintiff has a right to a jury trial, whether the Parties consent to a jury trial in the Bankruptcy Court shall be filed on September 20, 2024.

5. The final pretrial conference date in paragraph No. 3 of the December 15, 2023 Amended Scheduling and Pretrial Order, ECF No. 174, is adjourned.

IT IS SO STIPULATED.

Dated: August 15, 2024
New York, New York

By: */s/ Kyle A. Lonergan*
Kyle A. Lonergan
James H. Smith
MCKOOL SMITH, PC
1301 Avenue of the Americas
30th Floor
New York, NY 10019
Telephone: (212) 402-9400
Email: klonergan@mckoolsmith.com
jsmith@mckoolsmith.com

Joshua Newcomer
MCKOOL SMITH, PC
600 Travis St, Suite 7000
Houston, TX 77401
Tel: (713) 485-7300
Email: jnewcomer@mckoolsmith.com

*Counsel to Plaintiff Alan D. Halperin, as Litigation Trustee for the Tops Holding Litigation Trust*

By: */s/ Pamela A. Miller*
Pamela A. Miller
Peter Friedman (*pro hac vice*)
Meaghan VerGow
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Floor
New York, NY 10019
Telephone: (212) 326-2000
Email: pmiller@omm.com
pfriedman@omm.com
mvergow@omm.com

*Counsel to Morgan Stanley Investment Management Inc., Morgan Stanley Capital Partners V U.S. HoldCo LLC a/k/a North Haven Capital Partners V U.S. HoldCo LLC, Gary Matthews, Eric Kanter, and Eric Fry*

By: */s/ David Massey*
David Massey
Emily B. Cooper
Benjamin Estes
PERKINS COIE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 262-6900
Email: dmassey@perkinscoie.com
ecooper@perkinscoie.com
bestes@perkinscoie.com

*Attorneys for Defendants Greg Josefowicz and Stacey Rauch*

3

By: */s/ Steven Campbell*
Steven R. Campbell
Rachel Finkel
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9400
Email: steven.campbell@alston.com
rachel.finkel@alston.com

*Attorneys for Defendant Turbic Inc.*


By: */s/ Louis Smith*
Louis Smith
Alan J. Brody
Rebecca Zisek
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Phone: (973) 360-7900
Email: smithlo@gtlaw.com
brodya@gtlaw.com
zisekr@gtlaw.com

*Attorneys for Defendants HSBC Equity Partners USA, LP and HSBC Private Equity Partners II USA LP*

**IT IS SO ORDERED:**

Dated: New York, New York
        August 19, 2024

          *s/ David S. Jones*
        Honorable David S. Jones
        United States Bankruptcy Judge