**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X
IN RE                                                                                                           :
                                                                                                                    :
                                                                                                                    :
TOPS HOLDING II CORPORATION, *et al.*,                               :            Chapter 11
                                                                                                                    :
                                                                                                                    :            Case No. 18-22279 (SHL)
                                                                                                                    :
                                                                Debtors.                             :            (Jointly Administered)
                                                                                                                    :
                                                                                                                    :

-------------------------------------------------------- X
                                                                                                                    :
ALAN D. HALPERIN, AS THE LITIGATION                              :
TRUSTEE FOR THE TOPS HOLDING LITIGATION   :
TRUST,                                                                                                     :
                                                                                                                    :
                                                                                                                    :
                                                                                                                    :
                                                                                                                    :
                                                                Plaintiff,                             :            Adv. Pro. No. 20-08950 (DSJ)
                                                                                                                    :
-against-                                                                                                 :
                                                                                                                    :
                                                                                                                    :
MORGAN STANLEY INVESTMENT                                              :
MANAGEMENT INC.; MORGAN STANLEY                                  :
CAPITAL PARTNERS V U.S. HOLDCO LLC a/k/a         :
NORTH HAVEN CAPITAL PARTNERS V U.S.                   :
HOLDCO LLC; HSBC EQUITY PARTNERS USA,             :
L.P.; HSBC PRIVATE EQUITY PARTNERS II USA        :
LP; TURBIC INC; GARY MATTHEWS;  ERIC                  :
KANTER; ERIC FRY; GREG JOSEFOWICZ; AND            :
STACEY RAUCH,                                                                              :
                                                                                                                    :
                                                                Defendants.                    :
                                                                                                                    :
------------------------------------------------------------------- X

1

# STIPULATION AND ORDER
# OF DISMISSAL WITH PREJUDICE OF INDEPENDENT DIRECTORS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Alan D. Halperin, as Litigation Trustee for the Tops Holding Litigation Trust ("Trustee"), and Defendants Stacey Rauch and Greg Josefowicz (together, the "Independent Directors"), hereby stipulate to dismiss with prejudice all claims and defenses brought between the Trustee and the Independent Directors in this action. Each party shall bear its own costs and fees.

**AGREED:**

Dated: August 13, 2025

| | |
|---|---|
| *Attorneys for Plaintiff Alan D. Halperin,*<br>*As Litigation Trustee for the Tops Holding*<br>*Litigation Trust* | *Attorneys for Defendants*<br>*Stacey Rauch and Greg*<br>*Josefowicz* |
| By: */s/ Kyle A. Lonergan*<br>Kyle A. Lonergan<br>(klonergan@mckoolsmith.com)<br>James H. Smith<br>(jsmith@mckoolsmith.com)<br>MCKOOL SMITH, PC<br>1301 6th Avenue, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 402-9400 | By: */s/ David B. Massey*<br>David B. Massey<br>Emily Cooper<br>Benjamin Estes<br>DMassey@perkinscoie.com<br>PERKINS COIE LLP<br>1155 Avenue of Americas, 22nd Floor<br>New York, NY 10036-2711<br>Tel: (212) 261-6827 |

**SO ORDERED**

_____

UNITED STATES BANKRUPTCY JUDGE

Dated:  New York, New York
    _____, 2025