# McKool Smith

|  | 1301 Avenue of the Americas | |
|---|---|---|
| Kyle A. Lonergan | 32nd Floor | Telephone: (212) 402-9400 |
| klonergan@mckoolsmith.com | New York, NY 10019 | Direct Dial: (212) 402-9425 |

September 5, 2025

**VIA ECF**

Judge David S. Jones
One Bowling Green

New York, NY 10004

jones.chambers@nysb.uscourts.gov

   RE: *In re Tops Holding II Corp. – Halperin v. MSIM, Inc., et al.*, Adv. Pro. No. 20-ap-08950-DSJ.

Dear Judge Jones:

  We are writing to you jointly as outside counsel to the Plaintiff Trustee, Defendants Morgan Stanley Investment Management, Inc., Morgan Stanley Capital Partners V U.S. Holdco LLC, Gary Matthews, Eric Kanter, and Eric Fry, and Defendants HSBC Equity Partners USA, L.P. and HSBC Private Equity Partners II USA LP (collectively, the "Settling Parties") to inform you that our clients have reached a settlement in principle that, once documented and executed, will resolve all claims between them and bring the above-referenced litigation to conclusion.

  In light of the foregoing, the Settling Parties respectfully request that the Court hold in abeyance, and not issue any decisions concerning, the parties' pending summary judgment motions. On or before October 6, 2025, the parties will provide an update to the Court on the status and expected timeline of the parties' settlement.

September 5, 2025
Page 2

    If the Court would like to discuss the foregoing with counsel to the Settling Parties, we are available at the Court's convenience.

                        Respectfully submitted,

                        */s/ Kyle A. Lonergan*
                        Kyle A. Lonergan

                        MCKOOL SMITH, P.C.
                        1301 Avenue of the Americas, 32nd Floor
                        New York, NY 10019
                        Tel: 212-402-9425
                        Email: klonergan@mckoolsmith.com

                        *Attorneys for Plaintiff Trustee*

                        */s/ Pamela Miller*
                        Pamela Miller

                        O'MELVENY & MYERS LLP
                        1301 Avenue of the Americas
                        Suite 1700
                        New York, NY 10019
                        Tel: (212) 261-6827
                        Email: pmiller@omm.com

                        *Attorneys for Defendants Morgan Stanley Investment Management, Inc., Morgan Stanley Capital Partners V U.S. Holdco LLC, Gary Matthews, Eric Kanter, and Eric Fry*

                        */s/ Louis Smith*
                        Louis Smith

                        GREENBERG TRAURIG LLP
                        500 Campus Drive,
                        Suite 400
                        Florham Park, NJ 07932
                        Tel: (973) 360-7900
                        Email: SmithLo@gtlaw.com

                        *Attorneys for Defendants HSBC Equity Partners USA, L.P. and HSBC Private Equity Partners II USA LP*

September 5, 2025
Page 3

       CC: Counsel of record (via ECF)

KAL:
Enclosure